

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Alexis David Sandoval, Appellant

No. 06-21-00041-CR       v.

The State of Texas, Appellee

Appeal from the 183rd District Court of Harris County, Texas (Tr. Ct. No. 1475969). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Alexis David Sandoval, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 21, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk